AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 05, 2025**

SEAN F. MCAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:25-MJ-04236-ACE |
|  | ) |
|  | ) |
| FELIPE GARCIA RIVERA | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 4, 2025  in the county of  Yakima  in the Eastern District of  Washington , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Assaulting Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

DAINA M NUNEZ
Digitally signed by DAINA M NUNEZ
Date: 2025.11.05 08:18:27 -08'00'

*Complainant's signature*

Daina Nunez, Special Agent, HSI
*Printed name and title*

☑ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: 11/05/2025

*Judge's signature*

City and state: Yakima, Washington    Alexander C. Ekstrom, U.S. Magistrate Judge
*Printed name and title*

AUSA: MDM      COUNTY: YAKIMA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daina Nunez, having been duly sworn, do hereby depose and state as follows:

### I. AFFIANT'S QUALIFICATIONS, TRAINING AND EXPERIENCE

1. I, Daina Nunez, am employed as a Special Agent (SA) with Homeland Security Investigations (HSI) and am currently assigned to the Office of the Resident Agent in Charge in Yakima, Washington and have been so employed since June of 2010. My training includes the Criminal Investigator Training Program and ICE Special Agent Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I received training in immigration and firearms investigations, and enforcement of federal laws. I have been involved in numerous federal and state investigations.

2. The facts and opinions set forth in this affidavit have been derived from the above-described training and experience, as well as my personal participation in this investigation, and from information provided to me by agents and/or officers from other federal, state, and local law enforcement agencies.

### COMPLAINT

3. On November 4, 2025, at approximately 7:08 a.m., Homeland Security Investigations (HSI) Yakima and the United States (US) Immigration and

1

Customs Enforcement (ICE) and Enforcement Removal Operations (ERO) identified a 2006 Ford F250, belonging to Felipe GARCIA Rivera in the Yakima Home Depot parking lot. GARCIA is a citizen of Mexico and is present in the United States without permission. GARCIA had an administrative immigration warrant for this arrest.

4. Agents/officers watched as GARCIA entered the driver side of the vehicle. All agents/officers were identified as law enforcement officers by their duty gear and had their either POLICE/HSI or POLICE/Fugitive Operations insignia displayed. An ERO officer approached GARCIA's vehicle from the front while a HSI SA positioned his government issued vehicle, with emergency equipment activated, behind GARCIA's vehicle. Prior to positioning, the HSI SA behind GARCIA briefly activated an exterior audible siren. As the ERO officer approached the front driver's side of GARCIA's vehicle, GARCIA started his vehicle. When the officer attempted to make contact at the driver side window, GARCIA put his truck into reverse and accelerated into the government vehicle parked behind him. The HSI SA had just exited his vehicle and was standing immediately behind it when GARCIA struck the government vehicle.

5. After GARCIA crashed into the government vehicle, officers attempted to break the window of GARCIA's vehicle to gain access. GARCIA again accelerated in reverse into the same government vehicle. Due to the height of

2

GARCIA's truck, an officer was standing on the side-steps of GARCIA's truck while attempting to break the window. While the officer was still on the sidestep, and despite verbal commands to stop, GARCIA placed the vehicle in drive and pulled forward, ramming a civilian vehicle stopped nearby. The driver of the civilian vehicle was in the driver's seat at the time of the impact. The ERO officer standing on the side-step of GARCIA's truck was carried forward on the vehicle as GARCIA pulled forward and rammed the civilian vehicle, whereupon the ERO officer was able to get off of GARCIA's truck. Agents/officers used force to remove GARCIA from his vehicle and placed him in restraints.

6. The incident was captured by the business on video surveillance and provided to law enforcement.

## CONCLUSION

7. Based on the circumstances, I believe that on or about November 4, 2025, GARCIA, in the Eastern District of Washington, did commit a violation of 18 U.S.C. § 111 in that he assaulted, resisted, opposed, impeded, intimidated, or interfered with a designated agent/officer while engaged in their official duties.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DAINA M NUNEZ
Digitally signed by DAINA M NUNEZ
Date: 2025.11.05 08:19:40 -08'00'

Daina Nunez, Special Agent
Homeland Security Investigations

3

SUBSCRIBED electronically and sworn to telephonically this 4th day of November 2025.

_____  
Alexander C. Ekstrom  
United States Magistrate Judge